✎ AO 120 (Rev. 2/99)

| TO: | |
|---|---|
| Commissioner of Patents<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK** |

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Colorado_____ on the following Patents

| DOCKET NO.<br>12-cv-00446-PAB-KMT | DATE FILED<br>2/21/2012 | U.S. DISTRICT COURT<br>**FOR THE DISTRICT OF COLORADO** |
|---|---|---|
| PLAINTIFF<br>EC Data Systems, Inc. | | DEFENDANT<br>J2 Global, Inc., et al. |

| PATENT OR | DATE OF PATENT | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | **Please see copy of Complaint attached hereto** |
| 2 | | |
| 3 | | . |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | . |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

```
   Order of Transfer dated 8/29/2012
```

| CLERK<br>**GREGORY C. LANGHAM** | (BY) DEPUTY CLERK<br>s/M. Fields | DATE<br>9/6/2012 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Commissioner    Copy 3—Upon termination of action, mail this copy to**
**Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner    Copy 4—Case file copy**